UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MARY REBECCA CURTIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 16-463-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| BREATHITT COUNTY FISCAL COURT, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Breathitt County Fiscal Court; Mary Lois Stevens, individually and in her official capacity as Breathitt County Court Clerk; John Lester Smith, individually and in his official capacity as Breathitt County Judge Executive, with respect to all claims asserted by Plaintiff Mary Rebecca Curtis.

2. This action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 22nd day of January, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge